ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                  )
                                              )
Dominion Virginia Power                       )        ASBCA No. 59346
                                              )
Under Contract No. SP0600-04-C-8253           )

APPEARANCES FOR THE APPELLANT:           Albert B. Krachman, Esq.
                                         Najib S. Latoff, Esq.
                                           Blank Rome LLP
                                           Washington, DC

APPEARANCES FOR THE GOVERNMENT:          Col Robert J. Preston II, USAF
                                           Acting Air Force Chief Trial Attorney
                                         Marvin K. Gibbs, Esq.
                                           Senior Trial Attorney

ORDER OF DISMISSAL

Appellant appealed from a 7 March 2014 contracting officer's final decision and the Board docketed the appeal as ASBCA No. 59346. By motion dated 19 June 2014, appellant requested to withdraw its appeal, stating that the 7 March 2014 decision had been rescinded, rendering the appeal moot. Appellant further represented that government counsel does not object to appellant's withdrawal of its appeal. Accordingly, this appeal is dismissed without prejudice.

Dated: 15 July 2014

PAUL WILLIAMS
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59346, Appeal of Dominion Virginia Power, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals